COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Uni-Tec Trade, Inc. v. Schneider Electric Services and ECP Electrical Supply, Inc.

Appellate case number:  01-19-00745-CV

Trial court case number:  2016-80650

Trial court:            234th District Court of Harris County

The Court construed this motion to be a motion for rehearing addressed to the panel, but because appellant referenced en banc reconsideration in its motion for rehearing, the Court also construed this motion to request en banc reconsideration.

It is **ordered** that the motion for en banc reconsideration is **overruled**. *See* TEX. R. APP. P. 41.2(c), 49.7.

Judge's signature: ____Justice Richard Hightower_____
                    ☐ Acting individually    ☑ Acting for the Court

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date:  __December 8, 2020_____